IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN T. HARMON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:08-CV-157(MTT) |
| WILLIAM TERRY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 76) of United States Magistrate Judge Charles H. Weigle on the Defendants' Motion to Dismiss (Doc. 73) (the "Motion"). The Magistrate Judge now recommends dismissing the Plaintiff's Complaint because he lacks standing to bring the case as he cannot show actual injury as a result of the Defendants' actions. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. This case is **DISMISSED**.

**SO ORDERED**, this the 23rd day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch